IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO RAMIREZ-LOZANO, | No. C 09-4433 SI |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| JANET NAPOLITANO, *et al.*, | |
| Respondents. | |

Petitioner Federico Ramirez-Lozano has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition alleges that an Order of Release on Recognizance issued by the United States Immigration Customs and Enforcement is unlawful and places restraints upon petitioner's liberty.

The Court concludes that the petition warrants a response from respondents. Respondents must file and serve upon petitioner, on or before November 20, 2009, an answer showing cause why a writ of habeas corpus should not be issued. Respondents must file with the answer a copy of all portions of the administrative proceedings that are relevant to a determination of the issues presented in the petition. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondents on or before December 18, 2009. If the parties wish to modify this schedule, they may do so by joint stipulation. If, after review of the parties' answer and traverse, the Court determines that oral argument is necessary, the Court shall so notify the parties.

**IT IS SO ORDERED.**

Dated: October 20, 2009

SUSAN ILLSTON
United States District Judge