| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3697 |
| 6 | FAX: (510) 637-3724 |
| 7 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FEDERICO RAMIREZ-LOZANO, | ) | |
|---|---|---|
| | ) | No. C 09-4433-SI |
| Petitioner, | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| JANET NAPOLITANO, et al, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled proceeding as moot in light of the fact that Petitioner is no longer subject to an Order of Release on Recognizance and has been issued a lawful permanent resident card.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 09-4433 SI                                          1

| | | |
|---|---|---|
| 1 | Dated: April 27, 2010 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| | | United States Attorney |
| 3 | | |
| 4 | | /s/ |
| | | EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney |
| | | Attorneys for Respondents |
| 6 | | |
| 7 | Dated: April 27, 2010 | /s/ |
| | | JONATHAN M. KAUFMAN |
| 8 | | Attorney for Petitioner |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED

Date: _____
SUSAN ILLSTON
United States District Judge

STIPULATION TO DISMISS AND PROPOSED ORDER
C 09-4433 SI                                    2